FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

4.5.2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　CASE NO. 3:23-cr 59-BJD-PDB
　　　　　　　　　　　　　　　18 U.S.C. § 922(o)(1)

MAR'KESIE WILLIAMS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 6, 2023, in the Middle District of Florida, the defendant,

MAR'KESIE WILLIAMS,

did knowingly possess a machinegun.

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

### FORFEITURE

1. The allegations contained in Count One of the Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(o)(1), the defendant shall forfeit to the United States, under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense or offenses.

3. The property to be forfeited includes, but is not limited to, a Glock

Pistol and ammunition seized on March 6, 2023.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: _____
John Cannizzaro
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/5/23 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MAR'KESIE WILLIAMS

INDICTMENT

Violations: 18 U.S.C. § 922(o)(1)



Filed in open court this 5th day of April, 2023.

_____
Clerk

Bail   $_____

GPO 863 525